1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant U.S. Attorney
3  Federal Office Building
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7163
5  David.Leshner@usdoj.gov

6  Attorneys for Plaintiff
   United States of America

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR-0401-H |
| Plaintiff, | DATE: March 24, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| LUIS ENRIQUE CRUZ-VALLES, | **UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:** |
| Defendant. | **(1) FINGERPRINT EXEMPLARS** |
| | **(2) RECIPROCAL DISCOVERY** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and hereby files its Motions for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached memorandum of points and authorities.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## **I**

## **STATEMENT OF THE CASE**

On February 15, 2008, a one-count indictment was filed charging defendant Luis Enrique Cruz-Valles with a violation of Title 8, United States Code, Sections 1326(a) and (b). Defendant has not yet been arraigned on the indictment.

## **II**

## **STATEMENT OF FACTS**

**A.    Defendant's Apprehension**

On December 26, 2007, Border Patrol agents were performing surveillance of a residence in National City, California. At approximately 11:00 a.m., Defendant exited the residence. Agents approached Defendant, identified themselves and inquired as to his identity and immigration status. Defendant responded that his name is Luis Enrique Cruz-Valles and that he is a citizen of Mexico without any documents allowing him to enter or remain in the United States. Agents then placed Defendant under arrest.

At approximately 12:54 p.m. on December 26, Defendants received Miranda warnings and agreed to make a statement. Defendant again admitted to being a Mexican citizen without documents allowing him to enter or remain in the United States. According to Defendant, he previously had been deported and had re-entered the United States on November 30, 2007.

**B.    Defendant's Immigration History**

Defendant is a citizen of Mexico. On August 1, 2005, Defendant was removed from the United States to Mexico pursuant to an Order of an Immigration Judge.

**C.    Defendant's Criminal History**

On June 24, 1999, Defendant was convicted in the United States District Court for the Southern District of California of transportation of illegal aliens and aiding and abetting, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2. The district court sentenced Defendant to 15 months in custody. On September 24, 2004, the district court revoked Defendant's supervised release and sentenced him to 12 months in custody.

1    On or about July 17, 1998, Defendant was convicted in the Municipal Court of California, County of San Diego of domestic battery, in violation of California Penal Code § 243(e). Defendant was sentenced to 180 days jail and three years probation.

On or about February 19, 1998, Defendant was convicted in the Municipal Court of California, County of San Diego of vehicle theft, in violation of California Vehicle Code § 10851(a). Defendant was sentenced to 12 days jail and three years probation.

On or about September 4, 1997, Defendant was convicted in the Municipal Court of California, County of San Diego of domestic battery, in violation of California Penal Code § 273.5(a). Defendant was sentenced to 180 days jail and three years probation.

On or about February 9, 1996, Defendant was convicted in the Municipal Court of California, County of San Diego of domestic battery, in violation of California Penal Code § 243(e). Defendant was sentenced to 7 days jail and three years probation.

On or about November 29, 1994, Defendant was convicted in the Municipal Court of California, County of San Diego of resisting arrest, in violation of California Penal Code § 148. Defendant was sentenced to 4 days jail and one year probation.

## III

## UNITED STATES' MOTIONS

**A.    Motion For Fingerprint Exemplars**

The Government requests that the Court order that Defendant make himself available for fingerprinting by the Government's fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution). Identifying physical characteristics, including fingerprints, are not testimonial in nature, and the collection and use of such evidence would not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969). See also Schmerber v. California, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial).

/ / /

/ / /

**B.     Motion For Reciprocal Discovery**

The Government has and will continue to fully comply with its discovery obligations. To date, the Government has provided Defendant with 40 pages of discovery and one DVD, including reports of his arrest, his rap sheet, and copies of immigration and conviction documents. Government counsel will coordinate with defense counsel to schedule a viewing of Defendant's A-File.

The Government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Federal Rules of Criminal Procedure 16(b) and 26.2. Specifically, Rule 16(b)(1) requires Defendant to disclose to the United States all exhibits, documents and reports of testing or examination which Defendant intends to use in his case-in-chief at trial and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that the Court grant its motions.

DATED: February 25, 2008.                    Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0401-H |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| LUIS ENRIQUE CRUZ-VALLES, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES NOTICE OF MOTIONS AND MOTIONS FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Henssler, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2008.

/s/ David D. Leshner
DAVID D. LESHNER