1 **ROBERT R. HENSSLER JR.**
California State Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 email: Robert_Henssler@fd.org

5 Attorneys for Mr. Cruz-Valles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0401-H |
| Plaintiff, | DATE: March 24, 2007 |
| v. | TIME: 2:00 p.m. |
| LUIS CRUZ-VALLES, | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | 1) DISMISS INDICTMENT DUE TO INVALID DEPORTATION;<br>2) COMPEL DISCOVERY;<br>3) PRESERVE EVIDENCE;<br>4) LEAVE TO FILE FURTHER MOTIONS; AND<br>5) COMPEL GOVERNMENT TO ALLOW DEFENSE COUNSEL TO VIEW THE A-FILE |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 24, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, Luis Cruz-Valles, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//
//
//
//
//

**MOTIONS**

Luis Cruz-Valles, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss Indictment Due to Invalid Deportation

(2) Compel discovery;

(3) Preserve evidence;

(4) Grant leave to file further motions.

(5) Compel Government to Allow Defense Counsel to View the A-File.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: March 10, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Valles

1 | **CERTIFICATE OF SERVICE**

2    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3 information and belief, and that a copy of the foregoing document has been served this day upon:

4

5 David Leshner
U S Attorneys Office Southern District of California
Email: David.Leshner@usdoj.gov

6

7

8 Dated: March 10, 2008               /s/  Robert R. Henssler, Jr.
                                      ROBERT R. HENSSLER, JR.
9                                     Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
10                                    San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
11                                    (619) 687-2666  (fax)
                                      e-mail: Robert_Henssler@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28