**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Mr. Cruz-Valles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0401-W |
| Plaintiff, | DATE: March 24, 2007<br>TIME: 2:00 p.m. |
| v. | NOTICE OF ATTACHMENT IN SUPPORT OF DEFENDANT'S PREVIOUSLY FILED MOTION TO DISMISS INDICTMENT |
| LUIS CRUZ-VALLES, | |
| Defendant. | |

PLEASE TAKE NOTICE that Luis Cruz-Valles, by and through his attorneys, Robert R. Henssler, Jr. and Federal Defenders of San Diego, Inc., files Attachment B and C in support of his previously filed motion to dismiss the indictment, docket number 9.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: March 12, 2008

**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Valles

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

David Leshner
U S Attorneys Office Southern District of California
Email: David.Leshner@usdoj.gov

Dated: March 12, 2008             /s/ Robert R. Henssler, Jr.
ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Robert_Henssler@fd.org