INDEX TO EXHIBITS

ATTACHMENT B   -   DECLARATION OF JOSE CRUZ

ATTACHMENT C   -   FAMILY PHOTOS

# ATTACHMENT B

## DECLARATION OF JOSE CRUZ IN SUPPORT OF LUIS ENRIQUE CRUZ-VALLES'S MOTION TO DISMISS THE INDICTMENT

I, Jose Gogue Cruz, declare as follows:

1. I was born in Agana, Guam on July 11, 1921. I joined the United States Navy at the age of 18 in 1939. I was in the Navy for 6 years during World War II. I have lived in San Diego since 1980. I submit this declaration in support of my son, Luis Enrique Cruz-Valles, who is a defendant before this court.

2. We are a close-knit family. Luis has two sisters. For most of Luis's youth, we lived together in a house in National City. We own the home and have lived there for almost 25 years.

3. Although I am not his biological father, I raised Luis as my own. When Luis was four years old, I brought him to the Registrar in Tijuana, Mexico and identified myself as his father. I gave Luis my last name.

4. In 1980, I moved Luis and the family to San Diego from Mexico and we have lived here ever since.

5. I have always held Luis Cruz-Valles out as my child to everyone, and continue to do so. In the 1980's and 1990's, we hosted large family parties weekly. At least twenty to twenty five people would come to my house. Everyone present knew Luis as my son.

6. Luis' teachers also knew me as his father. I signed Luis' report cards as his father when he attended school. I attended parent/teacher conferences as his father. I watched as many of Luis's sporting events as my schedule allowed.

7. During Luis's youth, I was retired from my career in civil service (where I worked as a structural inspector) and was able to spend a great deal of time alone with Luis. I played baseball with Luis and did other things fathers and sons do.

8. When he was growing up I claimed Luis as a dependant on my tax returns.

I, Jose Cruz, declare under penalty of perjury that the above is true and correct to the best of my knowledge. Signed in San Diego, California on March 12, 2008.

_____
Jose Gogue Cruz

# ATTACHMENT C



