KAREN P. HEWITT
United States Attorney
DAVID D. LESHNER
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7163
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0401-H |
|---|---|---|
| Plaintiff, | ) ) | DATE: April 7, 2008 |
| v. | ) ) | TIME: 2:00 p.m. |
| LUIS ENRIQUE CRUZ-VALLES, | ) ) | **NOTICE OF FILING OF LEGISLATIVE HISTORY DOCUMENTS** |
| Defendant. | ) ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that plaintiff United States of America has filed the attached legislative history for the 1986 amendments to 8 U.S.C. § 1409(a), the interpretation of which is at issue in defendant's motion to dismiss the indictment. The attached legislative history is cited in Miller v. Albright, 523 U.S. 420, 436 (1998) as "Hearings, at 150."

DATED: March 27, 2008.                    Respectfully submitted,

                                          Karen P. Hewitt
                                          United States Attorney

                                          s/ David D. Leshner
                                          DAVID D. LESHNER
                                          Assistant U.S. Attorney

<pre>
1                          UNITED STATES DISTRICT COURT
2                         SOUTHERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0401-H |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| LUIS ENRIQUE CRUZ-VALLES, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF FILING OF LEGISLATIVE HISTORY DOCUMENTS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Henssler, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

/s/ David D. Leshner
DAVID D. LESHNER