1 **ROBERT R. HENSSLER JR.**
California State Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 email: Robert_Henssler@fd.org

5 Attorneys for Mr. Cruz-Valles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0401-H |
| Plaintiff, | DATE: April 7, 2007 |
| | TIME: 2:00 p.m. |
| v. | |
| | RESPONSE TO GOVERNMENT'S FILING OF |
| **LUIS CRUZ-VALLES**, | LEGISLATIVE HISTORY DOCUMENTS |
| Defendant. | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

Mr. Cruz-Valles, through undersigned counsel, responds to the Government's Filing of Legislative History Documents ("Government's Filing") (Docket No. 14). As the Court is aware, the parties agree that the pre-1986 version of INA § 309 (8 U.S.C. § 1409(a)) applies to Mr. Cruz-Valles case -- and, here, the issue is whether the pre-1986 version of INA § 309 required a "blood relationship" to establish paternity. As detailed in Mr. Cruz-Valles's Motion to Dismiss the Indictment due to an Invalid Deportation (Docket No. 9) and Reply to Government's Response in Opposition to Mr. Cruz-Valles's Motion to Dismiss the Indictment due to an Invalid Deportation (Docket No. 13), the pre-1986 version of INA § 309 contains ***no language*** indicating it requires a blood relationship.

In the Government's Filing, it submitted the legislative history to the 1986 Amendments to INA § 309, apparently as support for its argument that the pre-1986 version of INA § 309 requires a blood

1 relationship to establish paternity.  The Court, however, should disregard the legislative history to the 1986
2 Amendments as it considers the meaning of the *pre-1986 version* of INA § 309.  See United States v. Price,
3 361 U.S. 304, 332 (1960).  Indeed, the Supreme Court has frequently cautioned that "the views of a
4 subsequent Congress form a hazardous basis for inferring the intent of an earlier one."  Id.; see also United
5 States v. United Mine Workers, 330 U.S. 258, 282 (1947) ("We fail to see how the remarks of these Senators
6 in 1943 can serve to change the legislative intent of Congress expressed in 1932").

                                                     Respectfully submitted,

                                                     /s/ *Robert R. Henssler, Jr.*

Dated: March 28, 2008                     **ROBERT R. HENSSLER JR.**
                                                      Federal Defenders of San Diego, Inc.
                                                        Attorneys for Mr. Cruz-Valles

Case 3:08-cr-00401-H    Document 15    Filed 03/28/2008    Page 3 of 3

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

David Leshner
U S Attorneys Office Southern District of California
Email: David.Leshner@usdoj.gov

Dated: March 28, 2008        */s/ Robert R. Henssler, Jr.*
                              ROBERT R. HENSSLER, JR.
                              Federal Defenders of San Diego, Inc.
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467 (tel)
                              (619) 687-2666 (fax)
                              e-mail: Robert_Henssler@fd.org