| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID D. LESHNER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 207815 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7163 |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0401-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | MOTION HEARING |
| | ) | |
| LUIS ENRIQUE CRUZ-VALLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing, the parties, Robert R. Henssler Jr., counsel for defendant Luis Enrique Cruz-Valles, and David D. Leshner, Assistant United States Attorney, hereby agree that the motion hearing set for May 12, 2008 should be continued to May 27, 2008, at 2:00 p.m. The Defendant is in custody, and the parties agree that time is excludable until May 27, 2008.

DATED: April 22, 2008                                Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ David D. Leshner
David D. Leshner
Assistant United States Attorney

s/ Robert R. Henssler Jr.
Robert R. Henssler Jr.
Attorney for Luis Enrique Cruz-Valles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS ENRIQUE CRUZ-VALLES,<br><br>    Defendant. | Case No. 08-CR-0401-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert R. Henssler Jr., Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008.

    s/ David D. Leshner
    David D. Leshner

3