UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0401-H |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING MOTION HEARING |
| LUIS ENRIQUE CRUZ-VALLES, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the motion hearing set for May 12, 2008 be rescheduled to **May 27, 2008, at 2:00 p.m.** The defendant is currently in custody, and the Court finds that time is excludable under the Speedy Trial Act..

IT IS SO ORDERED.

DATED: April 23, 2008

HONORABLE MARILYN L. HUFF
United States District Judge