**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Mr. Cruz-Valles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>LUIS CRUZ-VALLES,  )<br>  )<br>     Defendant.  )<br>_____ ) | CASE NO. 08CR0401-H<br><br>DATE: May 27, 2008<br>TIME: 2:00 p.m.<br><br>RESPONSE TO GOVERNMENT'S SUPPLEMENTAL BRIEF RE LEGITIMATION UNDER MEXICAN LAW AND SUBMISSION OF EXPERT DECLARATION |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

Mr. Cruz-Valles, through undersigned counsel, responds to the Government's Supplemental Brief Re Legitimation Under Mexican Law ("Government's Filing") (Docket No. 20). As the Court is aware, the parties agree that the pre-1986 version of INA § 309 (8 U.S.C. § 1409(a)) applies to Mr. Cruz-Valles case -- and, here, the issue is whether the pre-1986 version of INA § 309 required a "blood relationship" to establish paternity. As detailed in Mr. Cruz-Valles's Motion to Dismiss the Indictment due to an Invalid Deportation (Docket No. 9), Reply to Government's Response in Opposition to Mr. Cruz-Valles's Motion to Dismiss the Indictment due to an Invalid Deportation (Docket No. 13), and Response to the Government's filing of Legislative History Documents (Docket No. 15) the pre-1986 version of INA § 309 contains *no language*

//
//

indicating it requires a blood relationship.  Additionally, as explained in Mr. Cruz-Valles papers, Mr. Cruz-Valles was validly legitimated by his father under California and Mexican law.[1]

As explained by Elia Esther Flores Gallegos, a Mexican attorney with over ten years of experience working at the Civil Registry in Mexico, when Jose Cruz voluntarily recognized himself to be Luis Cruz-Valles father it had a significant legal effect under the Mexican Civil Code.  *See* Declaration of Elia Esther Flores Gallegos ("Gallegos Declaration"), attached hereto as Exhibit A.[2]  Specifically:

> Under Mexican law, this voluntary recognition had the effect of ***establishing his paternity*** and relationship to Mr. Cruz-Valles.  In conclusion, under Mexican law, Jose Cruz is Luis Enrique Cruz-Valles father.

*Id*. (Emphasis added).  Thus, Mr. Cruz-Valles "paternity [was] established. . . by legitimation," 8 U.S.C. § 1409 (1952), "under the law of the child's residence or domicile."  8 U.S.C. § 1101(b)(1)(c).

In the Government's Filing, it submitted a portion of what is apparently a Mexican law school text book, "Civil Law, First Course."  *See* Government's Filing at 2-3.  The government quotes a portion of the Mexican law school text book but it is unclear what the quoted portion means.  *See id*.  Nonetheless, the government argues the vague quoted text supports its contention that Mr. Cruz-Valles was not validly legitimated under Mexican law.  *Id*.  Given the expert declaration of Ms. Flores Gallegos, however, it is clear that Mr. Cruz-Valles was validly legitimated under Mexican law.

Respectfully submitted,

/s/ *Robert R. Henssler, Jr.*

Dated: May 13, 2008

**ROBERT R. HENSSLER JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cruz-Valles

---

[1] In the Government's Filing, it incorrectly states that legal issue number two is whether Mr. Cruz-Valles was legitimated under California Civil Code § 230.  Properly framed, issue number two would be whether Mr. Cruz-Valles was legitimated under California Civil Code Section 7004.  *See* Docket No. 13 at 4.  And, as explained in Mr. Cruz-Valles's Reply to Government's Response in Opposition to Mr. Cruz-Valles's Motion to Dismiss the Indictment due to an Invalid Deportation, Mr. Cruz-Valles was legitimated under California Civil Code Section 7004.  *See id.*

[2] Page one of Exhibit A is a certified translation of the Gallegos Declaration and page 2 is the original in Spanish.

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

David Leshner
U S Attorneys Office Southern District of California
Email: David.Leshner@usdoj.gov

Dated: May 13, 2008         */s/ Robert R. Henssler, Jr.*
                            ROBERT R. HENSSLER, JR.
                            Federal Defenders of San Diego, Inc.
                            225 Broadway, Suite 900
                            San Diego, CA 92101-5030
                            (619) 234-8467  (tel)
                            (619) 687-2666  (fax)
                            e-mail: Robert_Henssler@fd.org