# EXHIBIT A

[TRANSLATION]

## DECLARATION OF ELIA ESTHER FLORES GALLEGOS
## IN SUPPORT OF ENRIQUE CRUZ –VALLES'S MOTION
## TO DISMISS THE INDICTMENT

I, the undersigned, Elia Esther Flores Gallegos, declare the following:

1. I am an attorney in Mexico, legally authorized to practice Law, my Professional License is #395146. I currently work in the Civil Registry and I have over ten years of experience as an attorney in Civil Registry matters.

2. I am very familiar with Mexican Birth Certificates and the significance of a mother and/or father appearing and declaring that they are the mother and/or father of a child before an official of the Civil Registry to obtain a Birth Certificate. I have personally administered thousands of Birth Certificates as a public employee in my position as an official of the Civil Registry.

3. In preparation of this declaration I reviewed the Birth Certificate of Luis Enrique Cruz –Valles which is recorded in the Civil Registry Official File of the State of Baja California, corroborating its authenticity and legality. I also reviewed the relevant provisions of the Mexican Civil Code of which I am very familiar.

4. Based on Mexican Law and my experience and training, during Jose Cruz's appearance before an official of the Civil Registry in Tijuana, Baja California on April 26, 1979, he declared himself to be Luis Enrique Cruz-Valles father, this was recorded in Certificate number 294. Jose Cruz was voluntarily recognizing Mr. Cruz-Valles as his son. Under Mexican Law, this voluntary recognition had the effect of establishing his paternity and relationship to Mr. Cruz-Valles. In conclusion, under Mexican law, Jose Cruz is Luis Enrique Cruz-Valles father.

I, Elia Esther Flores Gallegos, declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Signed in Mexicali, Baja California, Mexico, on April 15, 2008.

[Stamped]
[Official Emblem of the Republic of Mexico]
State Department of the Free and Sovereign State of Baja California
Civil Registry                                    [Flourish]
                                       Elia Esther Flores Gallegos

[The above document is a complete and accurate translation from Spanish into English performed to the best of my knowledge and ability. Certified on April 28, 2008. Carmen Alicia De La Parra. Federal Certification No. 03-039.]

**DECLARACIÓN DE ELIA ESTHER FLORES GALLEGOS
EN APOYO DE LA PETICIÓN DE ENRIQUE CRUZ-VALLES
PARA SU ACUSACIÓN FORMAL SEA DESESTIMADA**

La suscrita, Elia Esther Flores Gallegos, declaro lo siguiente:

1. Soy abogada en México, legalmente autorizada para ejercer la profesión de Licenciado en Derecho bajo el número de Cédula Profesional 3945146. Actualmente trabajo en el Registro Civil y tengo más de diez años de experiencia como abogada en materia del Registro Civil.

2. Conozco ampliamente las Actas de Nacimiento mexicanas, y lo que significa que una madre y/o un padre comparezcan y declaren que son la madre y/o el padre de un niño (a) ante un funcionario del Registro Civil al tramitar el Registro de un Acta de Nacimiento. Personalmente he tenido a mi cargo el manejo de miles de Actas de Nacimiento en mi calidad de servidor público, como funcionaria del Registro Civil.

3. En la preparación de esta declaración examiné el Acta de Nacimiento original de Luis Enrique Cruz-Valles que obra en los libros del Archivo del Registro Civil del Estado de Baja California, confirmando su veracidad y certeza jurídica. Verificando además las disposiciones pertinentes del Código Civil Mexicano, el cual conozco bien.

4. Según las leyes mexicanas y de acuerdo a mi experiencia y educación, que en la comparecencia del señor José Cruz, declaró por sí mismo ser el padre de Luis Enrique Cruz-Valles ante el Oficial del Registro Civil en Tijuana, Baja California, México, el día 26 de abril de 1979, quedando asentada en el acta número 294. José Cruz estaba voluntariamente reconociendo al Sr. Cruz-Valles como su hijo. De acuerdo a las leyes mexicanas, este reconocimiento voluntario, manifestado, a través de la comparecencia ante el Registro Civil, surte el efecto de establecer la paternidad y la filiación paterna respecto del padre hacía el Sr. Cruz-Valles. En conclusión, de acuerdo a las leyes de México, José Cruz es el padre de Luis Enrique Cruz-Valles.

La suscrita, Elia Esther Flores Gallegos, declaro bajo protesta de decir verdad que lo dicho anteriormente es verdadero y correcto a mi leal saber y entender.

Mexicali, Baja California, México, a los quince días del mes de abril de 2008.

Elia Esther Flores Gallegos