# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER _08 CR 0401-H_ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Luis Enrique Cruz-Valles (1) | ) | Booking No. _54320-198_ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _May 27, 2008_
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

MARILYN L. HUFF

UNITED STATES M~~AGISTRATE~~ JUDGE
         District
OR
W. SAMUEL HAMRICK, JR.  Clerk
by _T. Mason_
Deputy Clerk

Received _Andrew Rouse_
          DUSM

T. MASON

Crim-9 (Rev 6-95)                     * U.S. GPO: 1996-783-398/40151

CLERKS' COPY