UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LUIS ENRIQUE CRUZ-VALLES (1),<br><br>                    Defendant. | CASE NO. 08CR0401-H<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

_X_    the Court has granted the motion of the defendant for dismissal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of: 8 USC 1326(a) and (b) as charged on the one count Indictment.

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 27, 2008

                    _Marilyn L. Huff_
                    MARILYN L. HUFF
                    UNITED STATES DISTRICT JUDGE


                    ENTERED ON _5/27/08_