FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 30 AM 9:39
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF
BY: ECA DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS ENRIQUE CRUZ-VALLES (1), <br><br> Defendant. | CASE NO. 08CR0401-H <br><br> **JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

_X_ the Court has granted the motion of the defendant for dismissal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326(a) and (b) as charged on the one count Indictment.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 27, 2008

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismiss ENTERED ON 5/27/08
Judgment and Commitment on 5/27/08
United States Marshal
By: _____
USMS Criminal Section