```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | MARK R. REHE
   | Assistant U.S. Attorney
 3 | California Bar No. 192517
   | U.S. Attorney's Office
 4 | 880 Front Street, Room 6293
   | San Diego, CA  92101-8893
 5 | Telephone:  (619) 557-6248
 6 |
 7 | Attorneys for
   | Plaintiff-Appellant
 8 | United States America
```

FILED
JUN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 08CR0401-H |
| | ) | |
| Plaintiff/Appellant, | ) | Court Reporter: |
| | ) | Nancy Cablay |
| v. | ) | |
| | ) | |
| LUIS ENRIQUE CRUZ-VALLES, | ) | NOTICE OF APPEAL |
| | ) | (CRIMINAL) |
| Defendant/Appellee. | ) | |

Notice is hereby given that the United States of America, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit under 18 U.S.C. § 3731 from the judgment dismissing the Indictment entered by the district court on May 28, 2008.

DATED:  June 23, 2008

Respectfully submitted,

_Kevin J. Kelly, Acting U.S. Atty_
KAREN P. HEWITT
United States Attorney

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff/Appellee,<br>　　v.<br>LUIS ENRIQUE CRUZ-VALLES,<br>　　Defendant/Appellant. | Case No. 08cr0401-H<br><br>CERTIFICATE OF SERVICE |

　　I am a citizen of the United States and a resident of the County of San Diego. I am over the age of eighteen years and not a party to the within action. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

　　On this date, I served a courtesy copy of the within Notice of Appeal (Criminal), by placing true copies in a sealed envelope with postage fully prepaid, in the U.S. Postal Service mail at San Diego, CA, addressed as follows:

Robert R. Henssler, Jr.
Federal Defenders of San Diego, Inc.
225 Broadway, Ste. 900
San Diego, CA 92101

　　I certify under penalty of perjury that the foregoing is true and correct.
　　Executed on June 23, 2008, San Diego, California.

08CR0401H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIS ENRIQUE CRUZ-VALLES (1),<br><br>　　　　　Defendant. | CASE NO. 08CR0401-H<br><br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

_X_ the Court has granted the motion of the defendant for dismissal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: __8 USC 1326(a) and (b) as charged on the one count Indictment.__

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 27, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARILYN L. HUFF
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　ENTERED ON __5/27/08__

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:Efile.dkt.gc2@usdoj.gov, Robert_Henssler@fd.org,
Angelica_Hernandez@fd.org, david.leshner@usdoj.gov,
efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov,
efile_Huff@casd.uscourts.gov
Message-Id:<2633462@casd.uscourts.gov>
Subject:Activity in Case 3:08-cr-00401-H USA v. Cruz-Valles Motion
Hearing/Trial Setting
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 6/3/2008 at 11:33 AM PDT and filed on 5/27/2008

**Case Name:** USA v. Cruz-Valles
**Case Number:** 3:08-cr-401
**Filer:**
**Document Number:** 26(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge Marilyn L. Huff:Motion Hearing/Trial Setting as to Luis Enrique Cruz-Valles held on 5/27/2008, Motions terminated as to Luis Enrique Cruz-Valles. [9-1] Motion to dismiss indictment due to invalid deportation - Granted. All pending motions - Moot. (Court Reporter ECR Noemy Pellegrino (for N. Cablay n/a).)(Plaintiff Attorney David Leshner).(Defendant Attorney Robert Henssler FD). (tlm)**

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

**Date:** 06/24/08

## Case Information

Case Title: United States of America v. Luis Enrique Cruz-Valles
U.S.D.C. No.: 08cr401 H   U.S.D.C. Judge: Marilyn L. Huff
Complaint/Indictment/Petition Filed: Indictment
Appealed Order Entered: 5/28/2008
Notice of Appeal Filed: 6/23/2008
Court Reporter: Noemy Pellegrino
COA Status: [ ] Granted in full/part (appeal only)   [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [ ] Paid   [ ] Not Paid   [x] No Fee Required
USA/GOVT. APPEAL: [x] Yes   [ ] No
Date F/P granted (Show Date and Attach Copy of Order): _____
Was F/P Status Revoked? [ ] Yes   [ ] No
Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**
David D Leshner
US Attorneys Office

880 Front Street
Suite 6293
San Diego, CA 92101

(619) 557-7163

**Appellee Counsel:**
Robert R. Henssler, Jr.
Federal Defenders of San Diego

225 Broadway
Suite 900
San Diego, CA 92101-5008

(619) 234-8467

Counsel Status: [x] US Attorney   [ ] Appointed   [ ] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: n/a

Bail: _____
Custody: _____

## SERVICE LIST

Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| x | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Judgment of Dismissal entered 5/28/2008, NEF Minutes Granting Motion to Dismiss Indictment entered 6/3/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Lauren Hammer                                           **L. Hammer**
_____                                 _____
Deputy's Name                                           Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:**
**USDC No:** 08cr401 H
**USA v Cruz-Valles**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| x | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| x | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | NEF Minutes Granting Motion to Dismiss Indictment entered 6/3/2008 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 06/24/08     By: **L. Hammer**
Lauren Hammer, Deputy