**FILED**

UNITED STATES COURT OF APPEALS

SEP 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-50292 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:08-cr-00401-H-1 Southern District of California, San Diego |
| v. | |
| LUIS ENRIQUE CRUZ-VALLES, | ORDER |
| Defendant - Appellee. | |



Appellant's unopposed motion for a 30-day extension of time to file the opening brief is granted. The opening brief is due October 23, 2008. The answering brief is due November 24, 2008. The optional reply brief is due 14 days after service of the answering brief.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>    and Ninth Circuit Rule 27-10

amt/Pro Mo 11Sep 2008